UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

PRISCILLA McCRIGHT, ET AL.          CIVIL ACTION NO. 14-2237

VERSUS          JUDGE S. MAURICE HICKS, JR.

SMITH & NEPHEW, INC.          MAGISTRATE JUDGE HORNSBY

### ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiffs' Motion for Leave to File Second Amended Complaint (Record Document 32) is **GRANTED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 24th day of June, 2016.

                 _____
                 S. MAURICE HICKS, JR.
                 UNITED STATES DISTRICT JUDGE