**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| PRISCILLA McCRIGHT, ET AL. | CIVIL ACTION NO. 14-2237 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SMITH & NEPHEW, INC. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that due to the addition of a non-diverse defendant in the Second Amended Complaint, which destroys subject-matter jurisdiction, this case is **REMANDED** to the 26th Judicial District Court, Bossier Parish, Louisiana, where it was pending as Case No. 144585.

Answers and other documents filed in this federal court are not automatically transmitted to the state court, so counsel should promptly file with the state court any federal pleadings that they believe are necessary to protect the interest of their client.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 24th day of June, 2016.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE